## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Daryl Sutula-Johnson,

Plaintiff(s),

v.

Office Depot, Inc.,

Defendant(s).

Case No. 15 C 2378

Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Office Depot, Inc.
and against plaintiff(s) Daryl Sutula-Johnson

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on cross motions for summary judgment.

Date: 4/11/2017                                Thomas G. Bruton, Clerk of Court

                                               /s/ Robbie Hunt , Deputy Clerk