# EXHIBIT A

## Summary

| Interest Calc - 2% Monthly - Post Employment | |
|---|---|
| Interest - Monthly - Oct 15 | $ 15,260.40 |
| Interest - Monthly - Nov 15 | $ 15,057.88 |
| Interest - Monthly - Dec 15 | $ 8,423.41 |
| Total | $ 38,741.69 |

| Interest Calc - 2% Monthly - During Employment | |
|---|---|
| Interest - Monthly - Jul 14 | $ 1,879.80 |
| Interest - Monthly - Aug 14 | $ 1,188.21 |
| Interest - Monthly - Sept 14 | $ 1,432.04 |
| Interest - Monthly- Oct 14 | $ 1,119.72 |
| Interest - Monthly - Nov 14 | $ 708.97 |
| Interest - Monthly - Dec 14 | $ 445.04 |
| Interest - Monthly - Jan 15 | $ 522.00 |
| Interest - Monthly - Feb 15 | $ 82.89 |
| Interest - Monthly - Mar 15 | $ 574.35 |
| Interest - Monthly - Apr 15 | $ 745.28 |
| Interest - Monthly - May 15 | $ 837.45 |
| Interest - Monthly - June 15 | $ 418.73 |
| Interest - Monthly - July 15 | $ 2,184.59 |
| Interest - Monthly - Aug 15 | $ 65.96 |
| Interest - Monthly - Sept 15 | $ 933.40 |
| Total | $ 13,138.41 |

| Illinois Interest Act - 5% Annually | |
|---|---|
| Interest - Annually | $ 7,775.83 |

| TOTAL | |
|---|---|
| **Total** | $ 59,655.94 |

## 2% Interest Calculation Post Employment

|  |  |
|---|---:|
| Oct-15 | 23,121.82 |
| Nov-15 | 23,527.93 |
| Dec-15 | 13,586.15 |
| Q4 '15 Total Payment | 60,235.90 |

| | |
|---|---:|
| **Interest - Monthly - Oct 15** | $ 15,260.40 |
| **Interest - Monthly - Nov 15** | $ 15,057.88 |
| **Interest - Monthly - Dec 15** | $ 8,423.41 |
| **Total** | $ 38,741.69 |

| | Oct-15 | 23,121.82 |
|---|---|---:|
| | **Month Ending Date** | **Interest Owed** |
| Month 1 | 11/17/2016 | $ 462.44 |
| Month 2 | 12/17/2016 | $ 462.44 |
| Month 3 | 1/17/2016 | $ 462.44 |
| Month 4 | 2/17/2016 | $ 462.44 |
| Month 5 | 3/17/2016 | $ 462.44 |
| Month 6 | 4/17/2016 | $ 462.44 |
| Month 7 | 5/17/2016 | $ 462.44 |
| Month 8 | 6/17/2016 | $ 462.44 |
| Month 9 | 7/17/2016 | $ 462.44 |
| Month 10 | 8/17/2016 | $ 462.44 |
| Month 11 | 9/17/2016 | $ 462.44 |
| Month 12 | 10/17/2016 | $ 462.44 |
| Month 13 | 11/17/2016 | $ 462.44 |
| Month 14 | 12/17/2016 | $ 462.44 |
| Month 15 | 1/17/2017 | $ 462.44 |
| Month 16 | 2/17/2017 | $ 462.44 |
| Month 17 | 3/17/2017 | $ 462.44 |
| Month 18 | 4/17/2017 | $ 462.44 |
| Month 19 | 5/17/2017 | $ 462.44 |
| Month 20 | 6/17/2017 | $ 462.44 |
| Month 21 | 7/17/2017 | $ 462.44 |
| Month 22 | 8/17/2017 | $ 462.44 |
| Month 23 | 9/17/2017 | $ 462.44 |
| Month 24 | 10/17/2017 | $ 462.44 |
| Month 25 | 11/17/2017 | $ 462.44 |
| Month 26 | 12/17/2017 | $ 462.44 |
| Month 27 | 1/17/2018 | $ 462.44 |
| Month 28 | 2/17/2018 | $ 462.44 |
| Month 29 | 3/17/2018 | $ 462.44 |
| Month 30 | 4/17/2018 | $ 462.44 |
| Month 31 | 5/17/2018 | $ 462.44 |
| Month 32 | 6/17/2018 | $ 462.44 |
| Month 33 | 7/17/2018 | $ 462.44 |
| | **TOTAL** | **$ 15,260.40** |

|  | Nov-15 | 23,527.93 |  | Dec-15 | 13,586.15 |
|---|---|---|---|---|---|
|  | **Month Ending Date** | **Interest Owed** |  | **Month Ending Date** | **Interest Owed** |
| Month 1 | 12/17/2016 | $ 470.56 | Month 1 | 1/17/2016 | $ 271.72 |
| Month 2 | 1/17/2016 | $ 470.56 | Month 2 | 2/17/2016 | $ 271.72 |
| Month 3 | 2/17/2016 | $ 470.56 | Month 3 | 3/17/2016 | $ 271.72 |
| Month 4 | 3/17/2016 | $ 470.56 | Month 4 | 4/17/2016 | $ 271.72 |
| Month 5 | 4/17/2016 | $ 470.56 | Month 5 | 5/17/2016 | $ 271.72 |
| Month 6 | 5/17/2016 | $ 470.56 | Month 6 | 6/17/2016 | $ 271.72 |
| Month 7 | 6/17/2016 | $ 470.56 | Month 7 | 7/17/2016 | $ 271.72 |
| Month 8 | 7/17/2016 | $ 470.56 | Month 8 | 8/17/2016 | $ 271.72 |
| Month 9 | 8/17/2016 | $ 470.56 | Month 9 | 9/17/2016 | $ 271.72 |
| Month 10 | 9/17/2016 | $ 470.56 | Month 10 | 10/17/2016 | $ 271.72 |
| Month 11 | 10/17/2016 | $ 470.56 | Month 11 | 11/17/2016 | $ 271.72 |
| Month 12 | 11/17/2016 | $ 470.56 | Month 12 | 12/17/2016 | $ 271.72 |
| Month 13 | 12/17/2016 | $ 470.56 | Month 13 | 1/17/2017 | $ 271.72 |
| Month 14 | 1/17/2017 | $ 470.56 | Month 14 | 2/17/2017 | $ 271.72 |
| Month 15 | 2/17/2017 | $ 470.56 | Month 15 | 3/17/2017 | $ 271.72 |
| Month 16 | 3/17/2017 | $ 470.56 | Month 16 | 4/17/2017 | $ 271.72 |
| Month 17 | 4/17/2017 | $ 470.56 | Month 17 | 5/17/2017 | $ 271.72 |
| Month 18 | 5/17/2017 | $ 470.56 | Month 18 | 6/17/2017 | $ 271.72 |
| Month 19 | 6/17/2017 | $ 470.56 | Month 19 | 7/17/2017 | $ 271.72 |
| Month 20 | 7/17/2017 | $ 470.56 | Month 20 | 8/17/2017 | $ 271.72 |
| Month 21 | 8/17/2017 | $ 470.56 | Month 21 | 9/17/2017 | $ 271.72 |
| Month 22 | 9/17/2017 | $ 470.56 | Month 22 | 10/17/2017 | $ 271.72 |
| Month 23 | 10/17/2017 | $ 470.56 | Month 23 | 11/17/2017 | $ 271.72 |
| Month 24 | 11/17/2017 | $ 470.56 | Month 24 | 12/17/2017 | $ 271.72 |
| Month 25 | 12/17/2017 | $ 470.56 | Month 25 | 1/17/2018 | $ 271.72 |
| Month 26 | 1/17/2018 | $ 470.56 | Month 26 | 2/17/2018 | $ 271.72 |
| Month 27 | 2/17/2018 | $ 470.56 | Month 27 | 3/17/2018 | $ 271.72 |
| Month 28 | 3/17/2018 | $ 470.56 | Month 28 | 4/17/2018 | $ 271.72 |
| Month 29 | 4/17/2018 | $ 470.56 | Month 29 | 5/17/2018 | $ 271.72 |
| Month 30 | 5/17/2018 | $ 470.56 | Month 30 | 6/17/2018 | $ 271.72 |
| Month 31 | 6/17/2018 | $ 470.56 | Month 31 | 7/17/2018 | $ 271.72 |
| Month 32 | 7/17/2018 | $ 470.56 |  |  |  |
|  | **TOTAL** | **$ 15,057.88** |  | **TOTAL** | **$ 8,423.41** |

## 2% Interest Calculation During Employment

| Month | Office Depot | Pay Date |
|---|---|---|
| Jul-14 | 31,329.93 | |
| Aug-14 | 29,705.27 | |
| Sep-14 | 71,601.86 | |
| Q3 '14 Total | 135,456.00 | 9/8/2014 |
| Oct-14 | 18,661.96 | |
| Nov-14 | 17,724.15 | |
| Dec-14 | 22,252.00 | |
| Q4 '14 Total | 58,638.12 | 2/7/2015 |
| Jan-15 | 8,700.03 | |
| Feb-15 | 2,072.20 | |
| Mar-15 | 28,717.46 | |
| Q1 '15 Total | 39,489.69 | 5/8/2015 |
| Apr-15 | 12,421.28 | |
| May-15 | 20,936.33 | |
| Jun-15 | 20,936.33 | |
| Q2 '15 Total | 54,293.93 | 8/14/2015 |
| Jul-15 | 36,409.82 | |
| Aug-15 | 1,648.97 | |
| Sep-15 | 46,670.09 | |
| Q3 '15 Total | 84,728.88 | 11/20/2015 |

|  | Jul-14 | 31,329.93 |
|---|---|---|
|  | Month Ending Date | Interest Owed |
| Month 1 | Sep-14 | $ 626.60 |
| Month 2 | Oct-14 | $ 626.60 |
| Month 3 | Nov-14 | $ 626.60 |
|  | TOTAL | $ 1,879.80 |

|  | Oct-14 | 18,661.96 |
|---|---|---|
|  | Month Ending Date | Interest Owed |
| Month 1 | Dec-14 | $ 373.24 |
| Month 2 | Jan-15 | $ 373.24 |
| Month 3 | Feb-15 | $ 373.24 |
|  | TOTAL | $ 1,119.72 |

|  | Aug-14 | 29,705.27 |
|---|---|---|
|  | Month Ending Date | Interest Owed |
| Month 1 | Oct-14 | $ 594.11 |
| Month 2 | Nov-14 | $ 594.11 |
|  | TOTAL | $ 1,188.21 |

|  | Nov-14 | 17,724.15 |
|---|---|---|
|  | Month Ending Date | Interest Owed |
| Month 1 | Jan-15 | $ 354.48 |
| Month 2 | Feb-15 | $ 354.48 |
|  | TOTAL | $ 708.97 |

|  | Sep-14 | 71,601.86 |
|---|---|---|
|  | Month Ending Date | Interest Owed |
| Month 1 | Nov-14 | $ 1,432.04 |
|  | TOTAL | $ 1,432.04 |

|  | Dec-14 | 22,252.00 |
|---|---|---|
|  | Month Ending Date | Interest Owed |
| Month 1 | Feb-15 | $ 445.04 |
|  | TOTAL | $ 445.04 |

|  | Jan-15 | 8,700.03 |
|---|---|---|
|  | **Month Ending Date** | **Interest Owed** |
| Month 1 | Mar-15 | $ 174.00 |
| Month 2 | Apr-15 | $ 174.00 |
| Month 3 | May-15 | $ 174.00 |
|  | **TOTAL** | **$ 522.00** |

|  | Apr-15 | 12,421.28 |
|---|---|---|
|  | **Month Ending Date** | **Interest Owed** |
| Month 1 | Jun-15 | $ 248.43 |
| Month 2 | Jul-15 | $ 248.43 |
| Month 3 | Aug-15 | $ 248.43 |
|  | **TOTAL** | **$ 745.28** |

|  | Feb-15 | 2,072.20 |
|---|---|---|
|  | **Month Ending Date** | **Interest Owed** |
| Month 1 | Apr-15 | $ 41.44 |
| Month 2 | May-15 | $ 41.44 |
|  | **TOTAL** | **$ 82.89** |

|  | May-15 | 20,936.33 |
|---|---|---|
|  | **Month Ending Date** | **Interest Owed** |
| Month 1 | Jul-15 | $ 418.73 |
| Month 2 | Aug-15 | $ 418.73 |
|  | **TOTAL** | **$ 837.45** |

|  | Mar-15 | 28,717.46 |
|---|---|---|
|  | **Month Ending Date** | **Interest Owed** |
| Month 1 | May-15 | $ 574.35 |
|  | **TOTAL** | **$ 574.35** |

|  | Jun-15 | 20,936.33 |
|---|---|---|
|  | **Month Ending Date** | **Interest Owed** |
| Month 1 | Aug-15 | $ 418.73 |
|  | **TOTAL** | **$ 418.73** |

|  | Jul-15 | 36,409.82 |
|---|---:|---:|
|  | **Month Ending Date** | **Interest Owed** |
| Month 1 | Sep-15 | $ 728.20 |
| Month 2 | Oct-15 | $ 728.20 |
| Month 3 | Nov-15 | $ 728.20 |
|  | **TOTAL** | **$ 2,184.59** |

|  | Aug-15 | 1,648.97 |
|---|---:|---:|
|  | **Month Ending Date** | **Interest Owed** |
| Month 1 | Oct-15 | $ 32.98 |
| Month 2 | Nov-15 | $ 32.98 |
|  | **TOTAL** | **$ 65.96** |

|  | Sep-15 | 46,670.09 |
|---|---:|---:|
|  | **Month Ending Date** | **Interest Owed** |
| Month 1 | Nov-15 | $ 933.40 |
|  | **TOTAL** | **$ 933.40** |